1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  SHEILA A.G. ARMBRUST (CABN 265998)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6961
7      FAX: (415) 436-7027
       sheila.armbrust@usdoj.gov
8
   Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,          ) NO.   CR 14-00557 RS
14                                    )
          Plaintiff,                  ) [~~PROPOSED~~] ORDER EXCLUDING TIME FROM
15                                    ) FEBRUARY 10, 2015 TO MARCH 17, 2015
              v.                      )
16                                    )
   CHAZ LAMAR LONG,                   )
17                                    )
          Defendant.                  )
18                                    )

19       The parties appeared before the Honorable Richard Seeborg on February 10, 2015. Assistant

20  Federal Public Defender Shilpi Agarwal appeared on behalf of Gabriela Bischof as counsel for

21  Defendant Chaz Lamar Long. The parties will next appear before the Court on March 17, 2015.

22       With the agreement of the parties, and with the consent of the defendant, the Court enters this

23  order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A)

24  and (B)(iv), from February 10, 2015 to March 17, 2015. The parties agreed, and the Court found and

25  held, as follows:

26       Based upon the representation of counsel and for good cause shown, the Court finds that failing

27  to exclude the time between February 10, 2015 and March 17, 2015 would unreasonably deny the

28
   [PROPOSED] ORDER EXCLUDING TIME FROM
   FEBRUARY 10, 2014 TO MARCH 17, 2015
   CR 14-00557 RS

defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between February 10, 2015 and March 17, 2015 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between February 10, 2015 and March 17, 2015 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  2/11/15

_____
HONORABLE RICHARD SEEBORG
United States District Judge